**Docket Number(s):** 23-1330

**Caption [use short title]**

**Motion for:** Pro Hac Vice admission of Appellants counsel

Set forth below precise, complete statement of relief sought:

Order granting Appellants' counsel, who represented them in underlying bankruptcy court and district court related actions, leave to represent Appellants in this appeal only

Marc Destin, Inc., et. al v. Shaul Levy, et al.

**MOVING PARTY:** Marco Destin, Inc., et al. Appellants

**OPPOSING PARTY:** Shaul Levy, et al. Appellees

☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Gary. M. Murphree

**OPPOSING ATTORNEY:** Robert L. Rattet

[name of attorney, with firm, address, phone number and e-mail]

Gary M. Murphree, Esq.
10743 SW 107th Street
Miami, FL 33176 / Pleadings@gmm@amlaw-miami.com

Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
(914) 381-7400 / rlr@dhclegal.com

**Court- Judge/ Agency appealed from:** USDC-SDNY, Chief US District Judge Laura Taylor Swain

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☑ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Gary M. Murphree    **Date:** 10.13.2023    Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

MARCO DESTIN, INC., et al.,  No. 23-1330
    Appellants,
v.

SHAUL LEVY, et al.,
    Appellees.
_____/

**COUNSEL FOR APPELLANTS' MOTION
FOR PRO HAC VICE ADMISSION**

Pursuant to Local Rule 46.1, Gary Murphree, Esq. ("**Applicant**"), AM Law LLC, 10743 SW 104th Street, Miami, Florida 33176, counsel for Appellants, respectfully requests that the court enter an order admitting him to practice before the court for the purpose of this appeal only, and as grounds, state:

On behalf of Appellants, Applicant timely filed the notice of appeal from the Memorandum Opinion and Order and Final Judgment entered August 28, 2023 in the United States District Court for Southern District of New York. He served as cocounsel for Appellants in the underlying bankruptcy case and later in the district court cases that underlie the appeal.

Applicant submits his affidavit in support of admission setting forth that he is a member in good standing to practice law in the State of Florida, and is admitted to practice before the United States Court of Appeals for the Eleventh Circuit, the United States District Court for the Southern and Middle Districts of Florida, the

United States Bankruptcy Court for the Southern and Middle Districts of Florida, and United States Tax Court. There are no pending disciplinary proceedings against Applicant and the details of Applicant's former disciplinary matter involving substance abuse issues that led to his suspension are disclosed including that the Florida Supreme Court reinstated his privilege to practice law in Florida on December 14, 2010. Applicant has not had any further disciplinary actions since and there are no such action pending now.

Applicant is preparing an application for admission to practice before the court under the above referenced rule, but this will take some time as Applicant's practice is primarily in Florida and he needs to locate an attorney licensed to practice before the court to sponsor his application, and there are filing deadlines that Appellants need to comply before the application can be filed and hopefully granted. Applicant on behalf of Appellants respectfully requests the court briefly extend the deadline for filing local forms B and C, including applicant's notice of appearance until the Court addresses this motion. Undersigned spoke with the admissions clerk and upon admission, obtaining ECF filing privileges should be immediate.

WHEREFORE, Applicant respectfully request that the court enter an order admitting him to practice before the court for the purpose of this appeal only and to the extend deadlines for filing local forms B and C and his notice of appearance

briefly so he may obtain ECF filing privileges, at which time he will promptly file all required documents on behalf of Appellants.

Dated: October 11, 2022.

By: ***/s/ Gary Murphree***
Gary M. Murphree, Esq.
Florida Bar Number: 996475

AM LAW, LLC
10743 SW 104th Street
Miami, Florida 33176
Telephone: (305) 441.9530
E-Mail: pleadings@amlaw-miami.com
Secondary E-Mail: gmm@amlaw-miami.com

**Counsel for Appellants**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

MARCO DESTIN, INC., et al.,  No. 23-1330
    Appellants,
v.

SHAUL LEVY, et al.,
    Appellees.
_____/

## AFFIDAVIT OF GARY M. MURPHREE, ESQ. IN SUPPORT OF PRO HAC VICE ADMISSION

STATE OF FLORIDA  :
MIAMI-DADE COUNTY:

BEFORE ME, the undersigned authority, GARY M. MURPHREE, being duly sworn, deposes and affirms based upon his personal knowledge the following:

1. I am in good standing of the bar of the State of Florida and the Florida Supreme Court, and I am admitted to practice before the United States Court of Appeals for the Eleventh Circuit, United States District Court for the Southern District of Florida, the United States Bankruptcy Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, the United States Bankruptcy Court for the Middle District of Florida. Certificates of good standing or print-out of active status from these courts are attached. For purposes of application for admission, Applicant ordered a certificate as of October 11, from the Florida Supreme Court reflecting his good standing and will attach that to his application.

2. There are no pending disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. **Prior disciplinary action**: I was suspended by the Florida Supreme Court on August 14, 2008, resulting from substance abuse issues. As a result of the suspension by the Florida Supreme Court, I was suspended from practice before the United States District Court for the Southern District of Florida and the Eleventh

Circuit Court of Appeals. Immediately upon my suspension, I entered into a three-year contract with the Florida Lawyers Assistance Program (FLAP), which is a non-profit group that assists attorneys with substance problems in recovery and that reports directly to the Florida Bar Disciplinary Department. On December 14, 2010, the Florida Supreme Court reinstated my privileges to practice law in the State of Florida. I have been reinstated by the United States District Court for the Southern District of Florida and by the Eleventh Circuit of Court of Appeals. I have never been denied admission or readmission by any court nor have I had any further disciplinary actions against me.

I AFFIRM THE ABOVE IS TRUE AND CORRECT BASED UPON MY PERSONAL KNOWLEDGE AND BELIEF.

_____
Gary M. Murphree
AM Law LLC
10743 SW 104th Street
Miami, FL 33176
Fla. Bar No. 996475
PH: 305.441.9530
Email: gmm@amlaw-miami.com; pleadings@amlaw-miami.com


STATE OF FLORIDA

COUNTY OF MIAMI - DADE

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 11th day of October, 2023, by GARY MURPHREE. Said person (check one) ☑ personally known to me or ☐ has produced a valid driver's license as identification.

_____
Notary Public, State of Florida

# Supreme Court of Florida
## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**GARY MICHAEL MURPHREE**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on JANUARY 24, 1994, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this FEBRUARY 17, 2022.

_____
Clerk of the Supreme Court of Florida



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Gary Michael Murphree**, Florida Bar # **996475**, was duly admitted to practice in this Court on **May 13, 1994**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on February 16, 2022.



Angela E. Noble
Court Administrator • Clerk of Court

# United States Tax Court

Gary M. Murphree

of

Florida

having fulfilled the requirements of this Court, having taken the oath and being duly qualified has been admitted to practice before the United States Tax Court.

**Witness my hand** *Maurice B. Foley*
Chief Judge



**In testimony whereof**, I have hereunto set my hand and affixed the seal of the Court at the City of Washington, this 21st day of July, 20 20.

*Stephanie A. Servoss*
Clerk of the United States Tax Court

Tax Court Bar No. **MG0593**



UNITED STATES DISTRICT COURT
# Middle District of Florida
Timothy J. Corrigan, Chief United States District Judge • Elizabeth Warren, Clerk of Court

## Results

Updated: Jun 22 04:00

**Murphree, Gary M.**

**Bar Id:** 0996475

**Admitted:** 08/20/1997

**Status:** Active

**City:** Miami

(Registered for CM/ECF)

Search again

# Bar Admission Status Look-Up

**For additional information, see the Attorney Admissions page or call (404) 335-6122.**

**To look up your EDF ID number, which is required to file the web-based CIP, please see the Web-Based CIP page.**

## Status Definitions

- **Active:** An Active Member of this Court's Bar.
- **Inactive:** Attorney is a Bar Member, but May Not Practice Before the Court Until Bar Membership is Renewed. See 11th Cir. R. 46-2.
- **Not a Bar Member:** Not a Current Member of this Court's Bar. This status may include former bar members and attorneys admitted for a particular proceeding, including attorneys admitted pro hac vice.
- **Pending:** Some Action May be Required by the Attorney; the Attorney May Contact the Court for More Information.

1 records found. **Search Again**

| Name | Bar Status | Admission Date | Last Renewal Date | Renewal Due Date |
|---|---|---|---|---|
| Murphree, Gary M. | Active | 02/23/2022 | | 02/23/2027 |

1 records found. **Search Again**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Marco Destin, et al.

**CERTIFICATE OF SERVICE***

Docket Number: 23-1330

v.

Shaul Levy, et al.

I, Gary M. Murphree , hereby certify under penalty of perjury that
 (print name)
on October 13, 2023 , I served a copy of Motion for pro hac vice admission
 (date)

(list all documents)

by (select all applicable)**

___ Personal Delivery  ___ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  _X_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Robert L. Rattet | rlr@dhclegal.com  counsel for Appellees | | | |
| James B. Glucksman | jbg@dhclegal.com <jbg@dhclegal.com>;  counsel for appellees | | | |
| A. Michael Furman, Esq. | mfurman@fkblaw.com  counsel for appellees | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

October 13, 2023                                   /s/ Gary M. Murphree
Today's Date                                            Signature

Certificate of Service Form (Last Revised 12/2015)