# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Marco Destin, Inc., et al., v. Shaul Levy, et al., _____ Docket No.: 23-1330 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David Mark Rabinowitz

Firm: Moses & Singer LLP

Address: 405 Lexington Avenue, New York, NY 10174-1299

Telephone: 212.554.7815 _____ Fax: _____

E-mail: drabinowitz@mosessinger.com

**Appearance for:** Marco Destin, Inc, et al. Appellants
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

[✔] Additional counsel (co-counsel with: Gary M. Murphree/AM Law LLC )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ David Rabinowitz

Type or Print Name: David Rabinowitz